**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOE BERNARD NOWELL, JR.**                                               **PLAINTIFF**

**v.**                          **CASE NO. 4:20-CV-00532 BSM**

**CHRISTOFER REIDMUELLER**                                         **DEFENDANT**

**ORDER**

After careful review of the record, United States Magistrate Judge Patricia S. Harris's

recommended disposition [Doc. No. 6] is adopted.  This case is dismissed without prejudice.

This dismissal counts as a "strike" for purposes of 28 U.S.C. section 1915(g).  It is certified

that an *in forma pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE